UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

GARY STARR                              CIVIL ACTION NO. 12-cv-2480

VERSUS                                  JUDGE WALTER

WAYNE THOMAS, ET AL                     MAGISTRATE JUDGE HORNSBY

## MEMORANDUM ORDER

Gary Starr sued a number of defendants for personal injuries. He invoked the diversity jurisdiction of the court. Hartford Underwriter Insurance Company has filed a Motion to Intervene (Doc. 3) to recover the more than $79,000 in benefits and medical expenses it alleges it has paid as a result of the underlying accident.

There must be diversity of citizenship between the worker's compensation intervenor and the defendants in the case. Dushane v. Gallagher Kaiser Corp., 2005 WL 1959151 (W.D. La. 2005). The proposed complaint in intervention does not adequately describe Hartford's citizenship to determine whether the court may exercise jurisdiction over the proposed intervention. Accordingly, the **Motion for Leave to Intervene (Doc. 3)** is **denied without prejudice** to the right of Hartford to assert the motion again, provided the proposed complaint in intervention sets forth its citizenship with specificity. Some of the rules for determining the citizenship of various entities were recently set forth in another order that issued in this case.

The court will be unable to determine whether there is diversity between Hartford and the defendants, or whether there is diversity between Plaintiff and the defendants, until Plaintiff has amended his complaint as directed in the referenced order. Accordingly, Hartford should wait until Plaintiff has amended his complaint and provided the necessary citizenship information about the defendants before Hartford asserts again its request to intervene.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 11th day of December, 2012.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE