UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GARY STARR | CIVIL ACTION NO. 12-cv-2480 |
| VERSUS | JUDGE WALTER |
| WAYNE THOMAS, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Gary Starr ("Plaintiff") filed suit against four named defendants and an unknown insurer. He filed the case in federal court based on an assertion of diversity jurisdiction. The court earlier entered an order (Doc. 4) that allowed Plaintiff until January 31, 2013 to file an amended complaint, seeking leave of court if then required by Fed. R. Civ. Pro. 15, to provide the facts necessary to determine whether there is diversity of citizenship.

Counsel for Plaintiff reports that he has served the defendants but is not yet in communication with their counsel. Accordingly, the deadline for moving to amend the complaint to clarify citizenship is extended until **March 1, 2013**.

As noted in the prior order, most defendants in similar cases cooperate and voluntarily provide the necessary citizenship information so that this preliminary issue may be resolved without undue expense or delay. Defendants in this case are encouraged to provide such cooperation, but if they do not do so Plaintiff may seek leave of court to conduct limited discovery on the issue.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 23rd day of January, 2013.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE